# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0995. GERARD COLLIER v. THE STATE.**

In January 2018, Gerard Collier pleaded guilty to armed robbery and aggravated assault. An attorney for Collier filed a motion to withdraw the plea. The trial court denied the motion on August 18, 2018, and Collier filed a pro se notice of appeal from the ruling on September 4, 2018.[1] We, however, lack jurisdiction.

"A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014). Here, Collier was represented by counsel who filed a motion to withdraw the plea. Then a second attorney entered an appearance and appeared on Collier's behalf at the hearing on the motion to withdraw. There is nothing in the record indicating that Collier's attorney either withdrew or was relieved from representing him. An attorney's representation is deemed to continue for at least 30 days after entry of the trial court's order. *White v. State*, 302 Ga. 315, 318 (1) (806 SE2d 489) (2017) ("defense counsel's duties toward their clients extend for at least the 30 days after the entry of judgment when a notice of appeal may be filed"). Accordingly, Collier's pro se notice of appeal filed within 30 days of the trial court's order denying the motion to withdraw his guilty plea is a nullity. See *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018). For this reason, the appeal is hereby DISMISSED.

---

[1] In the same order, the trial court denied Collier's pro se motion for modification of his sentence.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/15/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ *, Clerk.*